FILED
MAR 27 2007
[Clerk signature] CLERK

UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 06-30056(01) |
| Plaintiff, | ) | |
| vs. | ) | REPORT AND RECOMMENDATION FOR DISPOSITION OF DEFENDANT'S MOTION TO SUPPRESS STATEMENTS |
| WILLARD MENARD, | ) | |
| Defendant. | ) | |

Defendant, Willard Menard, has filed a Motion to Suppress Statements, Docket No. 26. Because Defendant's Motion is a dispositive one, this Court is only authorized to determine the same on a report and recommendation basis. See 28 U.S.C. §636(b)(1). Based on the findings, authorities and legal discussion made on the record at the March 27, 2007 hearing, the Court hereby

RECOMMENDS that Defendant's Motion be and the same is denied in all respects.

Dated this 27th day of March, 2007, at Pierre, South Dakota.

BY THE COURT:

/s/ Mark A. Moreno
Mark A. Moreno
United States Magistrate Judge

ATTEST:
Joseph Haas, Clerk
By: [signature]
   Deputy
(SEAL)

NOTICE

Failure to file written objections to the within and foregoing Report and Recommendations for Disposition within ten (10) days from the date of service shall bar an aggrieved party from attacking such Report and Recommendations before the assigned United States District Judge. <u>See</u> 28 U.S.C. § 636(b)(1).